**Order entered May 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01490-CR

**ANTHONY WAYNE MANGIAFICO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-28019-M**

## ORDER

The Court **REINSTATES** the appeals.

On March 18, 2014, we ordered the trial court to make findings regarding why the clerk's and reporter's records had not been filed. We received the clerk's record on May 1, 2014. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and is represent by court-appointed counsel; (3) counsel timely requested the record; (4) Belinda Baraka is the court reporter who recorded the proceedings; (5) Ms. Baraka's explanation for the delay in filing the record is her workload; and (6) Ms. Baraka requested until June 2, 2014 to file the reporter's record.

We **ORDER** Belinda Baraka, official court reporter of the 194th Judicial District Court, to file the complete reporter's record, including exhibits, by **JUNE 2, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Belinda Baraka, official court reporter, 194th Judicial District Court, and to counsel for all parties.


/s/      LANA MYERS
         JUSTICE